AUGUST G. ROWEHL, Respondent, v. UNIVERSAL SECURITY CORPORATION, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

DIEDRICH G. ROWEHL and BEATRICE A. ROWEHL, Respondents, v. UNIVERSAL SECURITY CORPORATION, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

DAISY RUCKER, Respondent, v. FRED N. CORVINUS, Appellant.— Judgment of the City Court of New Rochelle entered upon the order of affirmance of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

CHARLES C. SANDERS, Appellant, v. ALBERT J. PRESCOTT, Doing Business under the Name of PRESCOTT LAND COMPANY, Respondent.— Order granting motion to change the venue from Kings county to Monroe county reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The defendant did not establish that the plaintiff was not a resident of Kings county. (Bischoff v. Bischoff, 88 App. Div. 126.) The showing herein did not authorize a change of venue on the ground of convenience of witnesses, because the alleged witnesses reside in Erie county and not in Monroe county, and their convenience may not be considered on a motion to change the venue to Monroe county. (Johnson v. Millard, 200 App. Div. 734; Schoonmaker v. Hilliard, 55 id. 140.) Even if their convenience might otherwise be considered, the moving affidavit with respect to them does not comply with the rule requiring the giving of the names and addresses of the proposed witnesses, the substance of the testimony to be given by them and a showing of its materiality. (Jacina v. Lemmi, 155 App. Div. 397, 399.) Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

EDWARD J. SCHONER, Respondent, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.— Order granting motion to vacate order of preclusion modified so as to provide that the order be granted upon payment by plaintiff of ten dollars costs and disbursements on or before January 11, 1932, and as so modified affirmed, without costs; the bill of particulars to be served on or before January 11, 1932. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

BYRON C. SHEPARD, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with JOHN F. MEAD and Another, Defendants.— Order denying motion of the city of New York to change the venue from Orange county to New York county and granting cross-motion of plaintiff to retain the action in Orange county to subserve the convenience of witnesses and promote the ends of justice affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.